# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jonathan Chapman                 CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-17374 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of VILLAGE CAPITAL & INVESTMENT and index same on the master mailing list.

                                             Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
19 Jan 2021, 16:15:05, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322