## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNYSLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 19-17374 |
| | ) | |
| Jonathan Chapman, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## **WITHDRAW AND ENTRY OF APPEARANCE**

To the Clerk:

Kindly withdraw my appearance on behalf of the Debtor, Jonathan Chapman, in the above-referenced Chapter 13 case.

                                                                        Respectfully submitted,


                                                                        */s/ Stephen Dunne*
                                                                        STEPHEN DUNNE, ESQUIRE
                                                                        1515 Market Street, Ste. 1200
                                                                        Philadelphia, PA 19102

Dated: March 23, 2021


Kindly enter my appearance on behalf of the Debtor, Jonathan Chapman, in the above-referenced Chapter 13 case.


Dated: March 23, 2021                    Respectfully submitted,


                                                                        */s/ Vlad Kachka*
                                                                        Vlad Kachka (PA Bar #326318)
                                                                        Spear Wilderman, PC
                                                                        230 South Broad Street, Suite 1400
                                                                        Philadelphia, PA 19102
                                                                        215-220-3295
                                                                        vkachka@spearwilderman.com