# 341 INFORMATION REQUEST FORM

Bankruptcy No.: 19-17374

Today's Date: MAY 1, 2021

Name of Debtor: Jonathan Chapman

Current Address of Debtor: 6735 Guyer Avenue
~~Philadelphia, PA 19142~~

Name, Address & Phone Number of Employer(s):
City of Philadelphia
4501 G Street
Philadelphia, PA 19120    Retired 7/2/2020

Date Employment Started:

Domestic Support Obligation(s):
(check the statement that applies to you.)

[X] I am not required to pay any Domestic Support Obligations, or

[ ] I am required to pay Domestic Support Obligations and I have paid any amounts payable under a Court Order or Statute that were due on or before today's date - complete section below, or

[ ] I am required to pay Domestic Support Obligations but I have not paid all amounts due under Court Order or Statute as of today's date - complete section below.

I make Domestic Support Payments to:

Reason for Support Payments (i.e. child support, alimony)

The information I have provided above is true and correct to the best of my knowledge and belief. I AUTHORIZE THE STANDING TRUSTEE TO INCLUDE MY FULL SOCIAL SECURITY NUMBER WHEN PROVIDING THE WRITTEN NOTICE REQUIRED BY 11 U.S.C. §1302((d)(1)(B)(i) TO THE STATE CHILD SUPPORT ENFORCEMENT AGENCY.

Debtor's Signature: [signed]