United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jonathan Chapman  
    Debtor

Case No. 19-17374-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Jun 16, 2021      Form ID: 138NEW      Total Noticed: 57

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan Chapman, 6735 Guyer Avenue, Philadelphia, PA 19142-2610 |
| 14430483 | + | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |
| 14430484 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998 |
| 14448659 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14430493 | + | Daniel J. Santucci, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14430494 | + | David J. Apothaker, Esquire, 520 Fellowship Road, Suite C-306, Mount Laurel, NJ 08054-3410 |
| 14430500 | + | EQUIANT/THOUSAND TRAILS, ATTN: BANKRUPTCY, 5401 N PIMA RD, STE 150, SCOTTSDALE, AZ 85250-2630 |
| 14430501 | + | EQUIANT/THOUSAND TRAILS, POB 26, GAUTIER, MS 39553-0026 |
| 14430499 | + | Elan Financial Services, ATTN: BANKRUPTCY, PO BOX 53088, HOUSTON, TX 77052-3088 |
| 14454629 | + | Grassy Sprain Group, Inc., 9858 Clint Moore Road Suite C-11 #217, Boca Raton, FL 33496-1034 |
| 14439538 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14430503 | | LVNV FUNDING/RESURGENT CAPITAL, C/O RESURGENT CAPITAL SERVICES, GREENVILLE, SC 29602 |
| 14430513 | + | PHILADELPHIA FCU, 12800 WEST TOWNSEND, PHILADELPHIA, PA 19154-1095 |
| 14430512 | + | PHILADELPHIA FCU, ATTN: BANKRUPTCY, 12800 TOWNSEND RD, PHILADELPHIA, PA 19154-1095 |
| 14430517 | | PRIMEWAY FCU, CB DISPUTES, SAINT LOUIS, MO 63166 |
| 14430514 | + | Philadelphia Municipal Court, 1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107-3519 |
| 14577361 | + | VILLAGE CAPITAL & INVESTMENT, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14430521 | #+ | VILLAGE CAPITAL & INVESTMENT, LLC, 2863 ST. ROSE PARKWAY, HENDERSON, NV 89052-4806 |
| 14454259 | + | VILLAGE CAPITAL & INVESTMENT, LLC, P.O. Box 531667, Henderson NV 89053-1667 |
| 14435245 | + | Village Capital & Investment, LLC, c/o MARIO J. HANYON, Phelan Hallinan & Schmieg, 1617 John F. Kennedy Boulevard, Suite 1400 Philadelphia, PA 19103-1814 |
| 14434879 | | Village Capital & Investment, LLC, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14577565 | + | Village Capital & Investment, LLC., c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 16 2021 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 16 2021 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14430485 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 23:49:29 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |

Case 19-17374-mdc    Doc 31    Filed 06/18/21    Entered 06/19/21 00:38:04    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| 14430486 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 23:49:05 | CAPITAL ONE, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 14430488 | + | Email/Text: bankruptcy@cavps.com | Jun 16 2021 23:44:00 | CAVALRY PORTFOLIO SERVICES, 500 SUMMIT LAKE DRIVE, VALHALLA, NY 10595-2322 |
| 14430487 | + | Email/Text: bankruptcy@cavps.com | Jun 16 2021 23:44:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY DEPARTMENT, 500 SUMMIT LAKE STE 400, VALHALLA, NY 10595-2322 |
| 14430492 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2021 00:08:12 | CITIBANK, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 14430491 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2021 23:49:43 | CITIBANK, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14482400 | | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14445003 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 17 2021 00:08:46 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14437370 | + | Email/Text: bankruptcy@cavps.com | Jun 16 2021 23:44:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14430497 | | Email/Text: mrdiscen@discover.com | Jun 16 2021 23:43:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 15316, WILMINGTON, DE 19850 |
| 14430498 | | Email/Text: mrdiscen@discover.com | Jun 16 2021 23:43:00 | DISCOVER FINANCIAL, POB 15316, WILMINGTON, DE 19850 |
| 14430495 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2021 00:08:45 | DEPARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 14430496 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2021 00:09:14 | DEPTARTMENT STORE NATIONAL BANK/MACY'S, PO BOX 8218, MASON, OH 45040 |
| 14455303 | | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2021 23:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14435162 | | Email/Text: mrdiscen@discover.com | Jun 16 2021 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14430489 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 16 2021 23:49:27 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 14430490 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 16 2021 23:49:27 | CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 14430502 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2021 23:49:38 | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 14438691 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2021 23:49:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14438120 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 17 2021 10:33:45 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14430505 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 16 2021 23:49:01 | MERRICK BANK/CARDWORKS, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 14430504 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 16 2021 23:49:00 | MERRICK BANK/CARDWORKS, ATTN: BANKRUPTCY, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 14430509 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 16 2021 23:44:00 | MIDLAND FUNDING, 320 EAST BIG BEAVER, TROY, MI 48083-1238 |
| 14430506 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2021 23:44:00 | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 300, SAN DIEGO, CA 92108-2709 |
| 14456222 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2021 23:44:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14430516 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2021 23:49:34 | PORTFOLIO RECOVERY, 120 CORPORATE BLVD STE 100, NORFOLK, VA 23502 |
| 14430515 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2021 23:49:34 | PORTFOLIO RECOVERY, ATTN: BANKRUPTCY, 120 CORPORATE BLVD, NORFOLD, VA 23502 |
| 14448607 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2021 23:49:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14430518 | + | Email/Text: collections1@primewayfcu.com | Jun 16 2021 23:46:00 | Primeway FCU, PO BOX 53088, Houston, TX 77052-3088 |
| 14430520 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:23 | SYNCB/PPC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 14430519 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:48:59 | SYNCB/PPC, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14458416 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:23 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14430510 | *+ | MIDLAND FUNDING, 320 EAST BIG BEAVER, TROY, MI 48083-1238 |
| 14430511 | *+ | MIDLAND FUNDING, 320 EAST BIG BEAVER, TROY, MI 48083-1238 |
| 14430507 | *+ | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 300, SAN DIEGO, CA 92108-2709 |
| 14430508 | *+ | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 300, SAN DIEGO, CA 92108-2709 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2021  Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MARIO J. HANYON | on behalf of Creditor Village Capital & Investment LLC wbecf@brockandscott.com, wbecf@brockandscott.com |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 57

REBECCA ANN SOLARZ
   on behalf of Creditor Village Capital & Investment LLC bkgroup@kmllawgroup.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

VLADISLAV KACHKA
   on behalf of Debtor Jonathan Chapman vkachka@spearwilderman.com hbanks@spearwilderman.com

WILLIAM C. MILLER, Esq.
   on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
   ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jonathan Chapman

    Debtor(s)

Bankruptcy No: 19−17374−mdc

Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 6/16/21

30 − 29
Form 138_new